IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY LEON SCHILLER,

    Plaintiff,

v.                                    CASE NO.: 4:11-cv-405-SPM/WCS

N.E. MERCER, et al.,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's motion construed as a request for leave to proceed *in forma pauperis* (doc. 15) and a Request for Administrative Remedy or Appeal (doc. 16). The Court previously entered an Order adopting the Second Report and Recommendation and dismissing this case, but the above-referenced filings were not considered before the Order was issued. Upon consideration of Plaintiff's two filings, the Court's previous ruling to dismiss this case stands. Plaintiff has still failed to provide copies of documentation indicating that he previously requested his bank account statements. Moreover, the document that he did provide is not an account statement for the six month period prior to the filing of his complaint which is required for an *in forma pauperis* motion. Accordingly, it is hereby

ORDERED and ADJUDGED:

1.   The previous ruling stands.  This case is **dismissed**.

2.   All pending motions are **denied**.

DONE AND ORDERED this 15th day of February, 2012.

                                    *S/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Senior United States District Judge